Baher Azmy, Esq.
R. Daniel Bause, D.N.J.L. Civ. R. 101.1(h)
William Conaboy, D.N.J.L. Civ. R. 101.1(h)
Mark Keogh, D.N.J.L. Civ. R. 101.1(h)
Douglas M. Nelson, D.N.J.L. Civ. R. 101.1(h)
SETON HALL UNIVERSITY SCHOOL OF LAW
CENTER FOR SOCIAL JUSTICE
833 McCarter Highway
Newark, NJ 07102
(973) 642-8700

Edward Barocas, Esq.
Jeanne LoCicero, Esq.
Alexander Shalom, Esq.
AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY
P.O. Box 32159
89 Market Street, 7th Floor
Newark, NJ 07101
(973) 642-2084

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAMEELAH PHILLIPS, as parent and natural guardian of KHALIAH FITCHETTE, a minor<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, GARRY MCCARTHY (sued in his official capacity), NOEMI MALOON (sued in her individual capacity), LLOYD THOMAS (sued in his individual capacity), and SERGEANT DEFABIO (sued in his individual capacity)<br><br>           Defendants. | No. 2:11-cv-01735-FSH -PS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE:

CLOSED

Plaintiff KAMEELAH PHILLIPS, as parent and natural guardian of Plaintiff KHALIAH FITCHETTE, a minor, voluntarily dismisses this action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  May 11, 2011                         By:      /s/ Baher Azmy, Esq.

SETON HALL UNIVERSITY SCHOOL OF LAW
CENTER FOR SOCIAL JUSTICE
833 McCarter Highway
Newark, NJ 07102
(973) 642-8700

It is so ordered. 5-17-11.

_____
Hon. Faith S. Hochberg, U.S.D.J.